## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
#### SOUTHERN DIVI

UNITED STATES OF AMERICA,

-v-

DAVID LEE BAILEY,

Defendant.

_____/

Case: 1:26-cr-20510
Assigned To : White, Robert J.
Referral Judge: Morris, Patricia T.
Assign. Date : 8/5/2026
Description: USA v Bailey (lh)

Violations:
18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1), (2)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 2251 (a), (e)
*Sexual Exploitation of Children*

Between on or about December 2025, through and including February 10, 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, DAVID LEE BAILEY, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, specifically, MV-1, who was under 18 years of age, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported and transmitted using

a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and on those dates, DAVID BAILEY had previously been convicted for an offense under a State law relating to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor or ward,, that is, Criminal Sexual Conduct First Degree – Conspiracy, in violation of MCL 750.520b(1)(c); all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**<u>COUNT TWO</u>**
18 U.S.C. § 2252(A)(a)(2)
*Receipt of Child Pornography*

Between on or about December 2025, through and including February 10, 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, DAVID LEE BAILEY, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce,

2

and the child pornography had been mailed, shipped, and transported in and affecting interstate and foreign commerce; and on those dates, DAVID BAILEY had previously been convicted for an offense under a State law relating to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor or ward,, that is, Criminal Sexual Conduct First Degree – Conspiracy, in violation of MCL 750.520b(1)(c);all in violation of Title 18, United States Code, Section 2252A(a)(2), (b)(1).

## COUNT THREE
### 18 U.S.C. § 2252(A)(a)(5)(B)
*Possession of Child Pornography*

On or about December 2025, through and including February 10, 2026, in the Eastern District of Michigan, Southern Division, the defendant, DAVID LEE BAILEY, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and on those dates, DAVID BAILEY had previously been convicted for an offense under a State law

3

relating to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor or ward,, that is, Criminal Sexual Conduct First Degree – Conspiracy, in violation of MCL 750.520b(1)(c); all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 2253

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Upon conviction of the offense charged in Counts One, Two, and Three, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Matthew Roth*
MATTHEW ROTH
Chief, Trafficking and Exploitation
of Children Unit
Assistant United States Attorney

Date:  August 5, 2026

5

| United States District Court **Eastern District of Michigan** | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/M.R* |

**Case Title:** USA v. David Lee Bailey

**County where offense occurred: Saginaw**

**Offense Type: Felony**

Indictment – no prior complaint.

Case: 1:26–cr–20510
Assigned To : White, Robert J.
Referral Judge: Morris, Patricia T.
Assign. Date : 8/5/2026
Description: USA v Bailey (lh)

## Superseding Case Information

**Superseding to Case No:** _____    Judge: _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

August 5, 2026
Date

Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth@usdoj.gov
(313) 226-9186
Bar #: P58549

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.